LEBENSFELD BROTHERS, INCORPORATED, APPELLANT, v. PHILIP BUDNE, RESPONDENT.

Submitted February 15, 1929—Decided October 14, 1929.

For the appellant, *Gross & Gross.*

For the respondent, *Kealey, Gilfert & Neblo.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Kalisch, Black, Lloyd, Case, Bodine, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 14.

*For reversal*—None.